# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MEGAN L. BAGNOLI, <br><br> Defendant. | PO-19-5107-GF-JTJ <br><br> **VIOLATION:** <br> **7354429** <br> **Location Code: M13** <br><br> **ORDER** |

Based upon the United States' motion to accept the defendant's payment of a $40 fine and $30 processing fee for violation 7354429 (for a total of $70), and for good cause shown,

IT IS ORDERED that the $70 fine ($40 fine and $30 processing fee) paid by the defendant is accepted as a full adjudication of violation 7354429.

IT IS FURTHER ORDERED that the initial appearance scheduled for September 12, 2019, is VACATED.

DATED this 9th day of September, 2019.

_____
John Johnston
United States Magistrate Judge